

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00056-CR

David Anthony **AGUILAR**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1185
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 30, 2021.

_____
Irene Rios, Justice